**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**


UNITED STATES OF AMERICA,            )
                                     )
                   Plaintiff,        )
                                     )
          vs.                        )          No.   19-05011-01-CR-SW-SRB
                                     )
WILLIAM E. FLORIAN PALMA,            )
                                     )
                   Defendant.        )


## ACCEPTANCE OF PLEA OF GUILTY AND
## ADJUDICATION OF GUILT


Pursuant to the Report and Recommendation of the United States Magistrate Judge, to

which there has been no timely objection, the plea of guilty of the Defendant to Counts One and

Five contained in the Indictment filed on February 20, 2019, is now Accepted and the Defendant is

Adjudged Guilty of such offense.   Sentencing will be set by subsequent Order of the Court.


                                        _/s/ Stephen R. Bough_____
                                        **STEPHEN R. BOUGH**
                                        **UNITED STATES DISTRICT JUDGE**


Date: January 11, 2022